AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Heidi Frederick

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-40116 FDS**

TO: (Name and address of Defendant)

Heidi Frederick
88 Charles Street
Leominster, MA 01453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _ **twenty (20)** _ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  July 14, 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

07/20/2005

I hereby certify and return that on 07/19/2005 at 07:00pm I served a true and attested copy of the Summons and Complaint, Corporate Disclosure Statement, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of HEIDI FREDERICK at 88 CHARLES ST, LEOMINSTER, MA and by mailing first class mail to the above address on 07/20/2005. Fees: Service 20.00, Travel 3.84, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $39.84

Deputy Sheriff Gregory A Carr

*Deputy Sheriff*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.