**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts III, Inc.**   ) | Case No.: 4:05-cv-40116-FDS |
| ) | |
| Plaintiff,   ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.   ) | **WITH PREJUDICE** |
| ) | |
| **Heidi Frederick**   ) | |
| ) | |
| Defendant   ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the Complaint with prejudice and without cost to either party.

                                      Respectfully Submitted for the Plaintiff,
                                      Comcast of Massachusetts III, Inc.
                                      By Its Attorney,

2/9/2006                              /s/ John M. McLaughlin
Date                                 John M. McLaughlin
                                      **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                      77 Pleasant Street
                                      P.O. Box 210
                                      Northampton, MA 01061-0210
                                      Telephone: (413) 586-0865
                                      BBO No. 556328

**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 9th day of February, 2006, a copy of the foregoing was mailed first class to:

Heidi Frederick
88 Charles Street
Leominster, MA 01453

                                               /s/ John M. McLaughlin
                                               John M. McLaughlin, Esq.